**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

SONDRA BROWN,

    Plaintiff,                                       Case No. 18-CV-752

v.                                                     Hon. Robert J. Jonker

MIDLAND FUNDING, LLC & STEPHANIE     Magistrate Judge: Ray Kent
PETTWAY,

    Defendants.

---

| Rex C. Anderson (P47068) | Theodore W. Seitz (P60320) |
|---|---|
| REX ANDERSON, PC | DYKEMA GOSSETT PLLC |
| Attorney for Plaintiff | Attorneys for Defendants |
| 9459 Lapeer Rd., Ste. 101 | Capitol View Bldg. |
| Davison, MI 48423 | 201 Townsend St., Suite 900 |
| Telephone: (810) 653-3300 | Lansing, MI 48933 |
| mied@rexandersonpc.com | Telephone: (517) 374-9149 |
| | tseitz@dykema.com |

---

## JOINT NOTICE OF SETTLEMENT

        Plaintiff and Defendant advise the Court that they have reached a settlement and are in the process of finalizing documentation. The parties will report to the Court upon completion of settlement documentation that settlement is final and the case may be dismissed with prejudice.

| */s/ Rex C. Anderson (w/permission)* | */s/ Theodore W. Seitz* |
|---|---|
| Rex C. Anderson (P47068) | Theodore W. Seitz (P60320) |
| REX ANDERSON, PC | DYKEMA GOSSETT PLLC |
| Attorney for Plaintiff | Attorneys for Defendants |
| 9459 Lapeer Rd., Ste. 101 | Capitol View Bldg. |
| Davison, MI 48423 | 201 Townsend St., Suite 900 |
| Telephone: (810) 653-3300 | Lansing, MI 48933 |
| mied@rexandersonpc.com | Telephone: (517) 374-9149 |
| | tseitz@dykema.com |